# United States District Court

## WESTERN DISTRICT OF WASHINGTON

ROLANDO REYES, et al.,

                    v.

KELLY CUNNINGHAM, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5237RJB

__  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The court **ADOPTS** the Report and Recommendation (Dkt. 2);

Mr. Reyes' request for appointment of counsel (Dkt. 33) is **DENIED**;

The motion to proceed *in forma pauperis* is **DENIED** without prejudice.  Plaintiffs may file separate actions under new cause numbers if they so desire.  This action is **DISMISSED WITHOUT PREJUDICE.**

____April 25, 2011____
Date

_____WILLIAM M. McCOOL_____
Clerk


_____*s/CM Gonzalez*_____
Deputy Clerk